```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                :
QIANG JAY HUI,                        :
                                                :
                          Plaintiff,         :                  1:24-cv-6788-GHW
                                                :
               -v-                               :                  <u>ORDER</u>
                                                :
FEDERAL RESERVE BANK OF NEW YORK,   :
                                                :
                         Defendant.      :
                                                :
----------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

       By letter dated January 10, 2025, the parties informed the Court of a discovery dispute and of Defendant's intent to move to compel Plaintiff to produce certain discovery materials. Dkt. No. 23. The Court treats this letter as a request for a pre-motion conference. The Court will hold a pre-motion conference regarding the discovery dispute described in the joint letter on January 15, 2025 at 11:00 a.m. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

       SO ORDERED.

Dated: January 10, 2025
       New York, New York

                                                          GREGORY H. WOODS
                                                  United States District Judge