UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QIANG "JAY" HUI,

        Plaintiff,

-against-

FEDERAL RESERVE BANK OF NEW YORK,

        Defendant.

---

Case No. 1:24-cv-6788 (GHW)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel of record that, pursuant to Rule 41(a)(1)(A)(ii), the Complaint in this action shall be and hereby is dismissed in its entirety, with prejudice, against Defendant, FEDERAL RESERVE BANK OF NEW YORK, and without costs or fees to any party.

BROWN KWON & LAM, LLP

By: _____
William Brown, Esq.
Clara Lam, Esq.
521 Fifth Avenue, 17th Floor
New York, New York 10175
wbrown@bkllawyers.com
clam@bkllawyers.com
Tel.: (212) 295-5828
*Attorneys for Plaintiff*

Dated: 4/16/2025

FEDERAL RESERVE BANK OF NEW YORK

By: _____
Alex Leonard, Esq.
Jennifer Lau, Esq.
33 Liberty Street
New York, NY 10045
alex.leonard@ny.frb.org
Jennifer.x.lau@ny.frb.org
Tel.: (212) 720-8929
*Attorneys for Defendant*

Dated: 4/16/2025