# VERIFICATION

_____Qiang Hui_____, being duly sworn and says:

That he is the Plaintiff in the above proceeding and is acquainted with the facts and circumstances thereof; the he has read the foregoing and knows the content thereof; that the same is true to his own knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters he believes it to be true.

X _____

Qiang Hui, Plaintiff

Sworn to before me on
April 26th, 2025

TAGEWATTIE SAMAROO
Notary Public - State of New York
NO. 01SA6384759
Qualified in Bronx County
My Commission Expires Dec 17, 2026

_____
Notary Public