**NEW YORK STATE | Department of Taxation and Finance**

CED – Child Support Enforcement
W A Harriman Campus, Albany NY 12227-5350

January 6, 2025

**DTF Case ID:** C250000505

2501099027860O-AV00

QIANG J HUI
2223 BOUCK AVE FL 2
BRONX NY 10469-5840

# You have an unpaid child support arrears balance or combined child and spousal support arrears balance.

Below is a list of your unpaid child support arrears balance or combined child and spousal support arrears balance that was referred for collection by the Office of Temporary and Disability Assistance to the New York State Department of Taxation and Finance. The total amount referred for collection as of 1/6/2025 is $ 19,749.00.

| CSMS ID | Balance due |
|---|---|
| PB98610G1 | $ 19,749.00 |

Unless you immediately pay the balance due:
- We may begin further enforcement action without additional notification, including docketing warrant(s) and the seizure of your assets.
- We may seize your assets regardless of any payment plan or wage garnishment payments you may have in effect until you pay all the arrears, or the County Support Collection Unit suspends the enforcement.

## How to pay

**Mail:** Follow the instructions on the enclosed *Payment Document*. Be sure to use the address on the *Payment Document*. Do not send payment to any other address.

> **Exempt property**
>
> See the enclosed *Notice to Judgment Debtor*, and information on property that may be exempt from our collections.

## Questions?
Contact Child Support Enforcement at 518-485-6820.

TC-643-CSE  (7/18)          1DC8 - 0060635     P0000524- 01                    *www.tax.ny.gov*



**NEW YORK STATE | Department of Taxation and Finance**

CED – Child Support Enforcement
W A Harriman Campus, Albany NY 12227-5350

January 6, 2025

2501090278600-AV00

QIANG J HUI
2223 BOUCK AVE FL 2
BRONX  NY  10469-5840

## Payment Document

To avoid collection enforcement actions by the Department of Taxation and Finance, **you must immediately:**

– Pay the referred amount due, as shown below, in **certified funds** (money order, certified check, or cashiers check)

– Make your remittance payable in U.S. funds to ***Commissioner of Taxation and Finance***

– Write the CSMS case ID and your social security number on the front of your remittance

– Complete the attached *Payment Coupon*

– Mail the *Payment Coupon* with your certified funds to the support collection unit noted

If you have sent full payment within the last 10 days, please disregard this notice. If you have questions concerning a collection action taken by the Tax Department, please contact us at (518) 485-6820.

**Reminder:** Pursuant to section 440 of the Family Court Act, you are required to remit separate payments for each support case to the appropriate county support collection unit. **If you owe payments to more than one county, you must send payments separately.**

TC-141-CSE  (12/14)

---

Detach here
## Payment Coupon

You must return this coupon with your payment to the address on the coupon.
Do not fold, staple or mutilate.

CSMS case ID: PB98610G1

Support payor:  QIANG J HUI

Mail to:

**DO NOT SEND CASH**

**NYS Child Support Processing Center
PO Box 15363
Albany NY 12212-5363**

| Pay this amount |
| --- |
| $ 19,749.00 |

Amount
enclosed:  $_____

159PB98610G1119749007

TC-141-A-CSE  (12/14)          1DC8 - 0060635     P0000524 - 02

Case 1:24-cv-06788-GHW    Document 35-1    Filed 04/30/25    Page 3 of 3

RESPNYC - 33685    66

NYS CHILD SUPPORT PROCESSING CENTER
PO BOX 15368
ALBANY NY 12212-5368

**CHILD SUPPORT BILL**
**AS OF**
**01/31/2025**

#BWNMVWF
#007F F800 FA32 16A6#
HUI, QIANG J
2223 BOUCK AVE FL 2
BRONX NY 10469

**New York Case Identifier:**
PB98610G1

**Support Due To:**
FLEMER, BEVERLY

**NYS CHILD SUPPORT HELPLINE**
Contact us by phone at 888-208-4485
TTY at 866-875-9975
Relay Service
(www.fcc.gov/general/internet-based-trs-providers)



## ACCOUNT INFORMATION

| | |
|---|---|
| Previous Past Due Balance: | $19,749.00 |
| Obligations Charged: | $2,750.00 |
| Interest Charged: | $0.00 |
| Payments Received: | $1,000.00 |
| New Past Due Balance: | $21,499.00 |
| **TOTAL ARREARS OWED:** | **$21,499.00** |

**DATE OF COLLECTION AND PAYMENT AMOUNT:**
01/06/25    $1,000.00

**Next Payment Due Dates:**
02/28    05/29
03/29    06/29
04/29    07/29

*Payments received after the summary "As Of" date will appear on next month's statement.*

**TOTAL AMOUNT TO PAY***

| | | |
|---|---|---|
| Current Obligation: | $2,750.00 | Monthly |
| Arrears Obligation: | $0.00 | |
| Additional Amount: | $0.00 | |



### PAYMENT INSTRUCTIONS

You may pay by check, money order, or online, if you are not paying by income withholding. The Processing Center does not accept cash payments. If you are paying by check or money order, make it payable to the **NYS Child Support Processing Center** and write your **New York Case Identifier, your name as shown above, and the name of the county handling your child support case** on the face of the check or money order. Mail your payment to **NYS Child Support Processing Center, PO Box 15363, Albany NY 12212-5363**. You may use the coupon below. To create additional coupons, log on to the New York State Child Support website at **childsupport.ny.gov** and CLICK on **Noncustodial Parents** on the NAVIGATION BAR. In addition, payments can be made online through electronic funds transfer and by credit or debit card. For further information on these payment options, visit the child support website at childsupport.ny.gov.

*The "TOTAL AMOUNT TO PAY" is the total of any "Current Obligation," "Arrears Obligation," and "Additional Amount" (typically 50% of the current obligation) that you owe. You must pay the Additional Amount until the "TOTAL ARREARS OWED" is paid in full. By doing this, you may avoid certain administrative or court enforcement actions. If you cannot pay the "TOTAL AMOUNT TO PAY," call the NYS Child Support Helpline for assistance.

### CHANGE OF ADDRESS

If you have a change of address, you may call the NYS Child Support Helpline to report the change OR complete the address section of the coupon provided below and mail the coupon to us with your payment.

✂ Cut here --------------------------------------------------------------------------------

RESPNYC - 33685    66

**CHILD SUPPORT PAYMENT COUPON**

| | |
|---|---|
| New York Case Identifier: | PB98610G1 |
| Noncustodial Parent: | HUI, QIANG J |
| Custodial Parent: | FLEMER, BEVERLY |

**AMOUNT ENCLOSED $:        ,        .**

**USE BLACK INK ONLY**
Please print address change below

_____
_____
_____

Include this coupon with your payment. Do NOT fold, staple or mutilate.

011229-01-01        150 66 251198610161 275000 5        LM3NB3 12/07/2023