Jack H. <jayqhui@gmail.com>

**humbly request the removal of my case information from leagle.com**

Jay H. <jayqhui@gmail.com>                                                           Thu, Feb 13, 2025 at 11:13 AM
To: info@leagle.com

Dear leagle.com team,

I write to you, humbly with hat in hand, to request that my active lawsuit infor be removed from your website.

I unfortunately experienced a discrimination situation at my place of employment, and was terminated despite nine years of exemplary work. Filing a lawsuit against a very powerful institution was the single toughest and most gut-wrenching decision in my life.

But I had no other choices since my employer, due to its unique nature, has effectively blacklisted me in the industry, and I have not been able to find any employment related to my career path. And the situation has drastically impacted my family and my children's lives.

I have been exploring alternative job opportunities, but recruiters have said that a search of my name found this active lawsuit which carried the stigma that I could be a litigious trouble maker.

As such, I ask, if you could please consider the situation and be so kind as to remove my case information from your website. I would be forever very grateful.

The link that shows my case is here: https://www.leagle.com/decision/infdco20250121990

Thank you for considering my request. I am truly grateful.

Jay Hui