
Jack H. <jayqhui@gmail.com>

## UniCourt Public Records Redaction Request

**UniCourt** <no_reply@unicourt.com>  Mon, Mar 3, 2025 at 11:30 PM
Reply-To: No Reply <no_reply@unicourt.com>
To: Jay <jayqhui@gmail.com>

Your Public Records Redaction Request was not approved. You have been provided with temporary 6 month redaction of the party you selected to be redacted for this public record: [REDACTED] v. Federal Reserve Bank of New York

During this 6 month temporary redaction period, you may wish to file a motion to seal this public record with the court. If you meet the court's standards, an appropriate sealing order would remove this record from the public domain.

Unless UniCourt receives an order from the court sealing this public record by the end of this 6 month redaction period, this public record will be unredacted.

If you would like to appeal this decision, you have 30 days from the date of this decision to submit an appeal using the following link: click here to submit an appeal.

Please note that only appeals with additional information and/or supporting documentation that provide compelling evidence as to why a public record should be redacted will be approved. Appeals without substantive additional information and/or supporting documentation will not be approved.

Learn more about our Public Records Policy and Privacy Policy.

This is an automated email. Please do not reply.